RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>HILLSDALE ROCK CO., INC., a California Corporation; HILLSDALE ROCK CO., a sole proprietorship; HANK MATOZA TRUST; HENRY J. MATOZA, JR., as an individual, and DOES 1-10,<br><br>Defendants. | Case No.:  C 10-05509 SBA<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; AND  ORDER** |

Pursuant to FED. R. CIV. P. Rule 6(b) and Civ. LR 6.1, Plaintiffs Pension Trust Fund for Operating Engineers, F.G. Crosthwaite and Russell E. Burns (collectively "Plaintiffs"), and Defendants Hillsdale Rock Co. Inc. ("HRC Inc."), Hillsdale Rock Co. ("HSR"), Henry Matoza Trust ("Matoza Trust") and Henry J. Matoza, Jr. ("Matoza") hereby stipulate as follows:

1.      The instant action is an action arising under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§1001-1461 (1982)).

2.      The Defendants were served with the Summons and Complaint on December 9, 2010, and, by joint stipulation filed by the Parties on December 29, 2010, their responses were due on January 31, 2011.  (Docket No. 17)

3. The Defendants are still in the process of retaining counsel who is familiar with defending withdrawal liability claims. As such, Defendants require another extension of time to respond to the Complaint in order to have sufficient opportunity to retain counsel and file a response to the Complaint by February 28, 2011. Attached hereto as <u>Exhibit A</u> is a letter dated January 25, 2011 from Defendant Henry Matoza's daughter.

4. On February 3, 2011, I spoke with James Mallon, Manager of Defendant Hillsdale Rock, Inc., who informed me that Defendants were having difficulties retaining counsel with experience defending ERISA withdrawal liability claims and who did not have a conflict. Attached hereto as <u>Exhibit B</u> is a handwritten list prepared by Mr. Mellon of attorneys he has contacted in an attempt to retain counsel for Hillsdale Rock, Inc. which was unsuccessful.

5. The parties believe that an extension of the deadline to respond to the Complaint under the circumstances here promotes the interest of judicial economy, fairness, and will help effectuate a just speedy and inexpensive determination of this action. *See* FED. R. CIV. P. 1.

6. The requested extension will not modify the telephonic Case Management Conference already calendared by the Court on April 7, 2011 (Docket No. 10), or delay the disposition of this case as the Complaint was filed on December 3, 2010. However, the parties respectfully request that the deadlines set prior to the Case Management Conference be modified as follows:

| | | |
|---|---|---|
| 3/17/11 (currently 2/23/11) | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | F.R.Civ.P. 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel | Civil L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |

| | | |
|---|---|---|
| 3/31/11 (currently 3/9/11) | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | F.R.Civ.P. 26(a) (1) Civil L.R . 16-9 |

Therefore, the Parties hereby stipulate that the Defendants shall have until Monday, **February 28, 2011,** to respond to the Complaint.

Dated:   February 4, 2011                    SALTZMAN & JOHNSON
                                             LAW CORPORATION


                                             By: _____/S/_____
                                                Shaamini A. Babu
                                                Attorney for Plaintiffs


Dated:   February 4, 2011                    HILLSDALE ROCK CO., INC.


                                             By: _____/S/_____
                                                Henry Matoza, President


Dated:   February 4, 2011                    HILLSDALE ROCK CO


                                             By: _____/S/_____
                                                Henry Matoza, Sole Proprietor


Dated:   February 4, 2011                    HANK MATOZA TRUST


                                             By: _____/S/_____
                                                Henry Matoza, Trustee

Dated:   February 4, 2011


                                             By: _____/S/_____
                                                Henry Matoza, As an Individual

STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT
CASE NO. C10-05509 SBA

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stipulation for Extension to Answer 020711.DOC

## ORDER

Based on the foregoing Stipulation of the parties, IT IS HEREBY ORDERED that Defendants have until February 28, 2011 to file a response to the Complaint. The Case Management Conference shall remain on calendar for April 7, 2011. The deadlines preceding the Case Management Conference shall be modified as follows:

| Date | Deadline | Authority |
|---|---|---|
| 3/17/11 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | F.R.Civ.P. 26(f) & ADR L.R.3-5 |
|  | • file ADR Certification signed by Parties and Counsel | Civil L.R. 16-8 (b) & ADR L.R. 3-5(b) |
|  | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |
| 3/31/11 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | F.R.Civ.P. 26(a) (1)<br>Civil L.R . 16-9 |

IT IS SO ORDERED.

Dated: 2/9/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT
CASE NO. C10-05509 SBA

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stipulation for Extension to Answer 020711.DOC