UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>HILLSDALE ROCK CO., INC., a California Corporation; HILLSDALE ROCK CO., a sole proprietorship; HANK MATOZA TRUST, HENRY J. MATOZA, JR., as an individual, and DOES 1-10,<br><br>Defendants. | Case No: C 10-5509 SBA<br><br>**ORDER GRANTING CONTINUANCE AND EXTENSION OF TIME AND REFERRING MOTION FOR DEFAULT JUDGMENT TO THE MAGISTRATE**<br><br>Dkt. 28 |

Plaintiffs have filed a Request To Continue Case Management Conference And Extend Deadline To File Motion For Default Judgment. (Docket 28.) Plaintiffs request that this Court extend certain deadlines. Pursuant to this Court's Order filed March 29, 2011, Plaintiffs were required to file a motion for default judgment by May 16, 2011, to be heard on June 21, 2011. (Docket 25.) In the Order, the Court also continued the Case Management Conference to June 21, 2011. In their request for a continuance and extension of time, Plaintiff state that, after the Court issued its March 29 Order, Defendant Henry J. Matoza, Jr. filed for Chapter 7 bankruptcy. On May 5, 2011, Defendant Matoza also filed a Notice of Filing of Bankruptcy and of Automatic Stay of Action Against Debtor in the instant action. (Docket No. 27.) Plaintiffs request additional time to gather information regarding the scope of the bankruptcy to ascertain whether Plaintiffs should proceed with their claims against the remaining Defendants Hillsdale Rock Co., Inc. and the Hank Matoza Trust. Consequently, Plaintiff request that they be permitted to file their motion for

default judgment by July 5, 2011, with the hearing on the motion and the Case Management Conference to be held on August 9, 2011.

IT IS HEREBY ORDERED THAT:

1. The hearing on Plaintiffs' motion for default judgment is VACATED. Plaintiffs shall have no later than July 5, 2011 to file their motion for default judgment. Plaintiffs' motion for default judgment is REFERRED to the Chief Magistrate Judge or her designee for a report and recommendation. The new hearing date on Plaintiffs' motion for default judgment will determined by the assigned Magistrate Judge.

2. If no objection has been filed in response to the report and recommendation within the applicable deadline, Plaintiffs shall notify the Court in writing that the report and recommendation has been issued and that no objections have been received.

3. The Case Management Conference currently scheduled for June 21, 2011 is CONTINUED to the next available date of July 6, 2011 at 3:30 p.m.   Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the telephonic conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: May 13, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge